UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA  * <br>     PLAINTIFF, * <br> * <br> * <br> V. * <br> * <br> * <br> KENNON WHALEY, * <br>     DEFENDANT. * | CASE NO: 2:14-CR-426-RWG-TFM |

**MOTION TO UNSEAL AUGUST 27TH, 2013 AUDIO RECORDING**

    Comes now Kennon Whaley, by and through undersigned counsel and files this motion seeking leave of Court to unseal the recording of an August 27th 2013 hearing before this Court which is necessary to Whaley's defense and in support thereof states the following:

    1.  The Court conducted a hearing on August 27th, 2013 at which time argument was made in support and opposition of Whaley's motion seeking the Court unseal affidavits in support of the May 30th, 2013 execution of search warrants on Whaley's residence and business

    2.  The Court placed the recording under seal.

    3.  Whaley is requesting the Court unseal the recording as the content of the recording is essential to Whaley's defense.

    4. Counsel agrees only to use the recording in Court proceedings and pleadings which could be filed under seal.

    Respectfully submitted,

    s/Susan G. James
    SUSAN G. JAMES
    Attorney at Law
    The James Firm
    600 South McDonough Street
    Montgomery, Alabama 36104
    Phone: (334) 269-3330

E-mail: thejamesfirm@aol.com  
Bar No: ASB-7956-J64S

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2015 I electronically filed the forgoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Brandon Essig  
Assistant United States Attorney  
U.S. Attorney's Office  
Montgomery, Alabama

      Respectfully Submitted,

      s/Susan G. James  
      SUSAN G. JAMES  
      Attorney at Law  
      The James Firm  
      600 South McDonough Street  
      Montgomery, AL 36104  
      Phone: (334) 269-3330  
      E-mail: thejamesfirm@aol.com  
      Bar No: ASB7956J64S