IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:14-cr-426-RWG |
| | ) | |
| KENNON WHALEY | ) | |

### ORDER

Pending before the court is a *Motion to Modify Bond Conditions* (Doc. 141).  On January 6, 2016, the Undersigned Magistrate Judge heard evidence and arguments on the *Motion to Modify Bond Conditions* (Doc. 141).  For good cause shown, the *Motion to Modify Bond Conditions* (Doc. 141) is **GRANTED IN PART** and **DENIED IN PART**.  The *Motion to Modify Bond Conditions* (Doc. 141) is **GRANTED** to the extent Defendant Whaley may travel to Birmingham, Alabama, and to Hayneville Road in Montgomery, Alabama without being accompanied by counsel to review documents in preparation for trial. Defendant Whaley may also seek employment while awaiting bond.  While Defendant Whaley may travel without the presence of counsel, he must follow the instructions of the Probation Officer as to the date and duration of the travel.  In addition, Defendant Whaley may not be self employed or employed by an entity wherein he or his parents are majority owners or shareholders.

The *Motion to Modify Bond Conditions* (Doc. 141) is **DENIED** in all other respects.

Done this 7th  day of January, 2016.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE