IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:14-CR-426-RWG-TFM |
| | ) | |
| KENNON W. WHALEY | ) | |

### GOVERNMENT'S MOTION TO CONTINUE AND REQUEST TO RESET DEADLINES FOR FILING RESPONSES TO DEFENDANT'S MOTIONS

Comes now the United States of America, by and through United States Attorney George L. Beck, Jr., and files this Motion to Continue and Request to Reset Deadlines for Filing Responses to Defendant's Motions. In support of this Motion, the United States avers the following:

1. The jury trial on the Second Superseding Indictment ("Indictment") in this case is currently set for Monday, January 11, 2016.

2. At this time, there are two pending motions that have been filed by the defendant, a Motion *in Limine* (Doc. 143) and a Motion to Dismiss the Indictment (Doc. 151.) Both of these Motions are pending a response from the Government. In addition, the Government has yet to file its proposed Jury Instructions and was granted leave to file those out of time. (Docs. 153 & 154.)

3. After reviewing the 20-page Motion to Dismiss, it is clear to the undersigned that the Government cannot effectively respond to that Motion prior to trial. Most of the allegations in the Motion pre-date the undersigned's involvement in the case and many of the allegations, if true, would have occurred during a period when the undersigned was not working in the U.S. Attorney's Office. As a result, the Government's response is going to require significant fact-finding in order to determine

the veracity of the allegations.  It is estimated that the Government will need at least 30 days from today's date to respond to the Motion and it is hereby respectfully requested that the Court set a response deadline in accordance with that timeframe.

4. Furthermore, as the Government advised the Court during a conference call with the parties on January 6, 2016, the undersigned has recently developed significant personal health issues that create significant physical limitations in regard to participating in a trial.  It is anticipated that these health issues will be resolved within the next 60 to 90 days.

5. Therefore, based on the foregoing, the United States requests that the trial in this case be continued for a period of at least 90 days.  In addition, the United States further requests that its deadline for responding to the pending Motion *in Limine* and filing its proposed Jury Instructions be set one week prior to the new trial date, which is consistent with the Court-imposed deadlines for the current trial setting.

6. The undersigned has spoken to counsel for Whaley regarding the Motion to Continue, and they are unopposed.  The undersigned has not spoken with defense counsel regarding the deadlines for responding to the outstanding motions or the Government's proposed Jury Instructions.

Respectfully submitted this the 7th day of January, 2016.

GEORGE L. BECK, JR.
UNITED STATES ATTORNEY

*/s/ Brandon K. Essig*
Brandon K. Essig
US Attorney's Office
131 Clayton Street
Montgomery, AL 36104
334-223-7280
Fax: 334-223-7135
Email: brandon.essig@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CR. NO. 2:14-CR-426-RWG-TFM** |
| | ) | |
| **KENNON W. WHALEY** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: All counsel of record.

                                                Respectfully submitted,

                                                /s/Brandon K. Essig
                                                BRANDON K. ESSIG
                                                Assistant United States Attorney
                                                131 Clayton Street
                                                Montgomery, AL 36104
                                                (334) 223-7280
                                                (334) 223-7135 fax
                                                Brandon.Essig@usdoj.gov